# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 10, 2009

Charles R. Fulbruge III
Clerk

No. 08-30734

United States of America, ex rel, PHILIPP J KESSLER

Plaintiff - Appellant-Cross-Appellee

v.

SIGMA COATINGS USA BV

Defendant - Appellee-Cross-Appellant

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:03-CV-2378

Before WIENER, GARZA, and ELROD, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant-Cross-Appellee Phillip J. Kessler appeals the district court's ruling against him on his False Claims Act allegations that Defendant-Appellee-Cross-Appellant Sigma Coatings USA BV ("Sigma") defrauded the United States by "systematically overcharging" the Navy for its marine coating products. Sigma cross-appeals the district court's denial of its request for attorneys' fees. Having heard the arguments of opposing counsel and having

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reviewed the record on appeal and the applicable law, we perceive no reversible error in the district court's rulings. Therefore, the judgment of that court is, in all respects,

AFFIRMED.